

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VELMA D. MAGEE | CIVIL ACTION |
| VERSUS | NO:   04-2506 |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY | SECTION: "B" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding, as of this date, no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision **DENYING** Velma D. Magee's application for Disability Insurance Benefits is **AFFIRMED.**

New Orleans, Louisiana, this 22nd day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____